IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00874-REB-KLM

TERRI JACKSON,

    Plaintiff(s),

v.

CREDIT CONTROL SERVICES, INC.,

    Defendant(s).
_____

## ORDER COMPELLING DEFENDANT TO RESPOND TO PLAINTIFF'S INTERROGATORIES NUMBERS SEVENTEEN AND EIGHTEEN
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

On September 5, 2007, THE COURT heard oral argument of counsel regarding Plaintiff's Interrogatory Numbers Seventeen and Eighteen to Defendant.  For the reasons set forth on the record, IT IS HEREBY ORDERED that, within **ten (10) days** of the date of this Order, Defendant shall completely and accurately answer, without objection, Plaintiff's Interrogatories Numbers Seventeen and Eighteen as listed below:

    17.    Identify all the phone companies and / or phone service providers that were used by the Defendant to collect or attempt to collect the Plaintiff's account(s) including both local and long distance phone companies and / or phone service providers and state the following:

        a. Name of the phone company and / or service provider.

        b. Address of the phone company and / or phone service provider.

      c. Phone number of the phone company and / or service provider.

      d. Account number(s) of the phone company and/or phone service provider.

      e. The Defendant's primary billing number(s) with the phone company and / or phone service provider.

18. Identify all phone numbers, including area codes, and including both incoming and outgoing phone numbers used by the Defendant to collect or attempt to collect the Plaintiff's account(s).

      BY THE COURT:

      __s/ Kristen L. Mix_____

      United States Magistrate Judge

Dated:  October 31, 2007